UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK DICKMAN, et al.,**

    **Plaintiffs,**

v.                                        Case No.  8:07-cv-318-T-30MSS

**CA, INC. f/k/a Computer Associates International, Inc.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

      The Court has been advised via a Report of Settlement by Mediator (Dkt. #31) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on August 15, 2007.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2006\07-cv-318.dismissal 31.wpd