**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARK DICKMAN, et al.,**

    **Plaintiffs,**

**v.**                                                                                  **Case No. 8:07-cv-318-T-30MSS**

**CA INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Re-Filing Proposed Order of Dismissal With Prejudice of All Claims of Opt-Ins (Dkt. 60). On December 3, 2007, this Court approved the parties' Confidential Global Settlement Agreement except for the provisions dealing with the payment of attorneys' fees. On September 15, 2008, the Court heard oral argument regarding the appropriate award of attorneys' fees and costs. For reasons stated in open court, the Court approved a contingency fee award of 28% of the common fund, plus $10,000.00 in costs. As directed by the Court, the parties have filed a proposed Order of Dismissal With Prejudice of All Claims of Opt-Ins.

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. The Court approves a contingency fee award of 28% of the common fund, plus $10,000.00 in costs, to be paid to Plaintiffs' counsels' law firms per the terms of the Confidential Global Settlement Agreement.

2. The Court, having entered an Order approving the settlement of the claims in this matter, hereby DISMISSES WITH PREJUDICE any and all claims that

were raised in the above-styled lawsuit by each individual who has either filed a consent to opt into this case or who has otherwise consented to opt into this case.[1] Except as otherwise provided in this Order, each party shall bear his, her, or its own costs and attorneys' fees in this litigation.

3. Neither this Order, the Confidential Global Settlement Agreement, nor any other documents or information relating to the settlement of this action shall constitute, be construed to be, or be admissible in any proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA or a class action under Rule 23 of the Federal Rules of Civil Procedure (or comparable state law or rules), (b) of an adjudication of the merits of this case or that any party has prevailed in this case, or (c) that the Defendant or others have engaged in any wrongdoing.

4. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on October 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-318.dismissal.frm

---

[1] Those individuals are identified in the following documents: (i) Consent to Opt Into Lawsuit and Dismiss Claims filed on May 20, 2008 (Dkt. 48); (ii) Consent to Dismiss Claims filed on May 20, 2008 (Dkt. 49); and (iii) Consent to Opt Into Lawsuit and Dismiss Claims filed on September 24, 2008 (Dkt. 59).